**Motion Granted; Order filed September 26, 2019**



In The

# Fourteenth Court of Appeals

_____

NO. 14-19-00361-CV
NO. 14-19-00362-CV

_____

## JOHN EMMANUEL D/B/A FIRST AMERICO AUTO SALE & REPAIR, Appellant

### V.

## ABIGAIL IZOUKUMOR, Appellee

On Appeal from the 98th District Court
Travis County, Texas
Trial Court Cause Nos. D-1-GN-18-007239 & D-1-GN-17-006205

## ORDER

Appellant's brief was originally due June 14, 2019. We granted two extensions of time to file appellant's brief until September 16, 2019. When we granted the final extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On September 23, 2019,

appellant filed a further request for extension of time to file appellant's brief. We grant the request and issue the following order.

We order appellant to file a brief with the clerk of this court on or before **October 9, 2019**. If appellant does not timely file the brief as ordered, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Wise and Hassan.